JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ZURN WATER, LLC,
Plaintiff,
v.

KLC BROKERAGE, INC., *et al.*,
Defendants.

Case No. 2:25-cv-04803-FLA (BFMx)

**ORDER DISMISSING ACTION [DKT. 41]**

On August 5, 2026, Plaintiff Zurn Water, LLC and Defendant KLC Brokerage, Inc. ("Plaintiff") filed a Stipulation of Dismissal Without Prejudice ("Stipulation"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 41. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: August 6, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge